**FILED**
July 29, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   Case No. 2:05-mj-215 LKK
            Plaintiff,       )
                             )
v.                           )   ORDER FOR RELEASE OF
                             )   PERSON IN CUSTODY
Roberto Posada,              )
                             )
            Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Roberto Posada Case No. 2:05-mj-215 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   ___   Bail Posted in the Sum of _____

   _X_   $10,000 Unsecured Appearance Bonds

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond secured by Real Property

   ___   Corporate Surety Bail Bond

   _X_   (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on July 29, 2005  at  2:16 p.m.

By _____
   Kimberly J. Mueller
   United States Magistrate Judge