FILED

AUG -3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 05-215-KJM |
|           Plaintiff, ) | |
| v. ) | ORDER RE: TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. §4285 |
| ROBERTO POSADA ) | |
|           Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to furnish the above named Roberto Posada, with transportation from Oakland, California to the place of his initial appearance in Charlote, North Carolina on August 12, 2005 at 9:30 a.m.  It will be necessary for Mr. Posada to arrive in Charlote, North Carolina on Thursday, August 11, 2005, to timely make his appearance in court on the morning of Friday, August 12, 2005. In addition, the United States Marshal must furnish Mr. Posada with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  Mr. Posada is financially unable to be in Charlote, North Carolina on this date without transportation and subsistence expenses.  Mr. Posada will also need transportation, for his return

1  to Oakland, California, the place of his bonafide residence after
2  the initial appearance on Friday, August 12, 2005.  This is
3  authorized pursuant to 18 U.S.C. § 4285.
4       IT IS SO ORDERED.
5  DATED: August 3 , 2005

         /s/ Dale A. Drozd
         _____
         DALE A. DROZD
         U.S. Magistrate Court Judge